UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CEMEX CONSTRUCTION MATERIALS
FLORIDA, LLC,

    Plaintiff,

v.                                                          Case No. 3:16-cv-186-J-34JRK

ARMSTRONG WORLD INDUSTRIES,
INC.,

    Defendant.
_____

ARMSTRONG WORLD INDUSTRIES,
INC., et al.,

    Counterclaimant,

v.

CEMEX CONSTRUCTION MATERIALS
FLORIDA, LLC, & METRO INTERIOR
DISTRIBUTORS CORP.,

    Counterdefendants.
_____

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
<u>AND CORPORATE DISCLOSURE STATEMENT</u>**

Plaintiff CEMEX Construction Materials Florida, LLC hereby discloses the following pursuant to this Court's Interested Persons Order (Doc. 5):

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

CEMEX, S.A.B. de C.V.
Cemex Mexico
Centro Distribuidor de Cemento, S.A. de C.V. (CEDICE)
Mexcement Holdings
New Sunward Holding B.V.
Cemex España S.A.
Cemex Luxembourg Holdings SARL
Cemex Holdings, Inc.
Sunbelt Investments Inc.
Cemex Corp.
CEMEX, Inc.
CEMEX Materials LLC

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**NONE**

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**NONE**

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**CEMEX Construction Materials Florida, LLC**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

March 10, 2016.

> BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
> Professional Association
>
> By: ___s/ John A. DeVault, III_____
> John A. DeVault, III
> Florida Bar No. 103979
> Primary E-mail: jad@bedellfirm.com
> Secondary E-mail: ghw@bedellfirm.com
> C. Warren Tripp, Jr.
> Florida Bar No. 0212822
> Primary E-mail: cwt@bedellfirm.com
> Secondary E-mail: syt@bedellfirm.com
> 101 East Adams Street
> Jacksonville, Florida 32202
> Telephone:    (904) 353-0211
> Facsimile:    (904) 353-9307
>
> Counsel for Plaintiff, CEMEX Construction Materials Florida, LLC

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 10th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                s/John A. DeVault, III
                                John A. DeVault, III
                                jad@bedellfirm.com
                                The Bedell Building
                                101 East Adams Street
                                Jacksonville, Florida 32202
                                Telephone (904) 353-0211
                                Facsimile (904) 353-9307